

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-17
```

September 12, 2017

Gregg L. Weiner
T +1 212 596 9396
gregg.weiner@ropesgray.com

## MEMO ENDORSED

**BY ECF AND HAND DELIVERY**

Honorable Lewis A. Kaplan
United States Courthouse
500 Pearl Street, Rm. 21B
New York, NY 10007-1312

Re: *In re AmTrust Financial Services, Inc. Securities Litigation*, No. 17-cv-1545 (LAK)

Dear Judge Kaplan:

We have recently been retained by Morgan Stanley & Co., LLC, Citigroup Global Markets, Inc., UBS Securities LLC, RBC Capital Markets, LLC, and Keefe, Bruyette & Woods, Inc. (the "Underwriter Defendants") to represent them in the above captioned matter (the "Action"). We understand that the Court previously entered a Stipulation and Scheduling Order for Filing of Amended Complaint and Response Thereto in the Action (the "Scheduling Order"), which set a schedule for certain parties thereto to respond to the Amended Complaint.

The Underwriter Defendants, along with defendant BDO USA, LLP, were not parties to the Action prior to the filing of the Plaintiffs' Consolidated Amended Complaint (the "Amended Complaint"), which includes 547 paragraphs and five separate causes of action, and were not party to or addressed by the Scheduling Order. Defendants Donald T. DeCarlo, Susan C. Fisch, Abraham Gulkowitz, George Karfunkel, and Jay J. Miller were similarly not party to or addressed by the Scheduling Order. As a result, Defendants are currently operating under a number of different schedules with respect to their responses to the Amended Complaint.

We have conferred with counsel for all the parties to the Action, including Plaintiffs' counsel, and agreed on a revised schedule applicable to all parties, subject to approval of the Court, under which each of the Defendants will be subject to a common schedule for the briefing of motions to dismiss the Amended Complaint. This will enable all parties, including Plaintiffs, to most efficiently

*Granted.*

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/13/17