

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

January 3, 2018

Gregg L. Weiner
T +1 212 596 9396
gregg.weiner@ropesgray.com

**BY CM/ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Rm. 21B
New York, NY 10007

Re:   *In re: AmTrust Financial Services, Securities Litigation*, 1:17-cv-1545 (LAK)

Dear Judge Kaplan:

I am counsel to the Underwriter Defendants in the above – referenced action. I write regarding your scheduling order, Dkt. No. 110, setting oral argument on the motions to dismiss for January 23, 2018. I am serving as lead counsel in an arbitration with full day hearings from January 22nd through January 25th. Accordingly, I respectfully request that the oral argument on the defendants' motions to dismiss be rescheduled for a date after January 25, 2018. I have conferred with counsel for all of the other parties and can inform the Court that all counsel are available for oral argument on February 7, 2018. If that date is not convenient for the Court, I can inquire with counsel for alternative dates after February 7th. Thank you in advance for your consideration of my request.

Respectfully submitted,

Gregg L. Weiner, Esq.

cc:   All counsel of record (via CM/ECF)