UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMTRUST FINANCIAL SERVICES, INC. SECURITIES LITIGATION | C.A. No. 1:17-cv-01545-(LAK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caitlin J. Halligan of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters her appearance in the above-captioned action as counsel for Defendants AmTrust Financial Services, Inc., Barry D. Zyskind, Ronald E. Pipoly Jr., Donald T. DeCarlo, Susan C. Fisch, Abraham Gulkowitz, George Karfunkel, and Jay J. Miller.

Dated: New York, New York
February 2, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Caitlin J. Halligan*
Caitlin J. Halligan

200 Park Avenue, 47th Floor
New York, New York  10166
Tel.: (212) 351-4000
challigan@gibsondunn.com

*Attorney for Defendants AmTrust Financial Services, Inc., Barry D. Zyskind, Ronald E. Pipoly, Jr., Donald T. DeCarlo, Susan C. Fisch, Abraham Gulkowitz, George Karfunkel, and Jay J. Miller*