UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re AmTrust Financial Services,                   Case No. 17-cv-01545
Inc. Securities Litigation         Plaintiff,

        -against-

                                Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending                [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Timothy Edward Hoeffner**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TH4195     My State Bar Number is 2116671

I am,
[✓]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: DLA Piper LLP (US)
            FIRM ADDRESS: 1251 Avenue of the Americas, New York, NY 10020
            FIRM TELEPHONE NUMBER: 212.335.4500
            FIRM FAX NUMBER: 212.335.4501

NEW FIRM:   FIRM NAME: McDermott Will & Emery
            FIRM ADDRESS: 340 Madison Avenue, New York, NY 10173
            FIRM TELEPHONE NUMBER: 212.547.5595
            FIRM FAX NUMBER: 646.224.8351

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
      was entered on _____ by Judge _____.

Dated: April 2, 2018
                                        _____
                                        ATTORNEY'S SIGNATURE