UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re AmTrust Financial Services,  
 Inc. Securities Litigation    Plaintiff,

Case No. 17-cv-01545

-against-

Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Lawrence Wojcik__
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _3056074_

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: _DLA Piper LLP (US)_
           FIRM ADDRESS: _444 West Lake Street, Suite 900, Chicago, IL 60606_
           FIRM TELEPHONE NUMBER: _312.368.4000_
           FIRM FAX NUMBER: _312.236.7516_

NEW FIRM:  FIRM NAME: _McDermott Will & Emery_
           FIRM ADDRESS: _444 West Lake Street, Suite 4000, Chicago, IL 60606_
           FIRM TELEPHONE NUMBER: _312.984.2057_
           FIRM FAX NUMBER: _312.277.2531_

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 2, 2018

_/s/ Lawrence Wojcik_
ATTORNEY'S SIGNATURE