UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re AMTRUST FINANCIAL SERVICES, INC. SECURITIES LITIGATION | : Civil Action No. 1:17-cv-01545-LAK : : <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>　　ALL ACTIONS. | : : : : : : |

## NOTICE OF PLAINTIFFS' MOTION TO PARTIALLY LIFT THE PSLRA'S AUTOMATIC STAY OF DISCOVERY

PLEASE TAKE NOTICE that Lead Plaintiff New England Carpenters Guaranteed Annuity and Pension Funds ("Lead Plaintiff") and plaintiffs Sharon Albano, Jupiter Capital Management, Irving Lichtman Revocable Living Trust, and Stanley Newmark (collectively with Lead Plaintiff, "Plaintiffs"), will and hereby do move this Court, before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan U.S. Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 21B, New York, New York, 10007, at such date and time as the Court may direct, for an order partially lifting the discovery stay imposed pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78u-4(b)(3)(B), 77z-1(b)(1).

In support of this motion, Plaintiffs rely on the accompanying memorandum of law, the Declaration of David A. Rosenfeld dated August 23, 2018, and its exhibits.

| | |
|---|---|
| DATED:  August 23, 2018 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>ROBERT D. GERSON<br><br>*/s/ David A. Rosenfeld*<br>DAVID A. ROSENFELD<br><br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>rgerson@rgrdlaw.com<br><br>*Lead Counsel for Lead Plaintiff*<br><br>POMERANTZ LLP<br>JEREMY A. LIEBERMAN<br>600 Third Avenue, 20th Floor<br>New York, NY  10016<br>Telephone:  212/661-1100<br>212/661-8665 (fax)<br>jalieberman@pomlaw.com<br><br>GAINEY MCKENNA & EGLESTON<br>THOMAS J. McKENNA<br>440 Park Avenue South, 5th Floor<br>New York, NY  10016<br>Telephone: 212/983-1300<br>212/983-0380 (fax)<br>tjmckenna@gme-law.com<br><br>KAHN SWICK & FOTI, LLC<br>KIM E. MILLER<br>250 Park Avenue, Suite 2040<br>New York, NY  10177<br>Telephone:  212/696-3730<br>504/455-1498 (fax)<br><br>*Additional Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on August 23, 2018, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD
