UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMTRUST FINANCIAL SERVICES, INC. SECURITIES LITIGATION | Civil Action No. 1:17-cv-01545-LAK<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PARTIALLY LIFT THE PSLRA'S AUTOMATIC STAY OF DISCOVERY**

Upon consideration of Plaintiffs' motion to partially lift the discovery stay imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§78u-4(b)(3)(B), 77z-1(b)(1) and all supporting and opposing papers filed by the parties, and for good cause shown, the Court finds as follows:

1. Lifting the discovery stay in part to allow production of the documents and testimony defendant AmTrust Financial Services, Inc. and any of its affiliates, parents, subsidiaries, agents and/or employees ("AmTrust"), have provided, or are obligated to provide, to the Securities and Exchange Commission ("SEC"), in connection with the SEC's on-going investigation of AmTrust that commenced in June 2013, as well as copies of any requests for such documents and testimony received from the SEC (together, the "SEC Investigation Documents"), is not inconsistent with the PSLRA's legislative purposes;

2. Plaintiffs' discovery requests are clearly defined and meet the particularity requirement of the PSLRA;

3. Production of the requested discovery will not impose a significant burden on AmTrust, as that information already was or will be collected and produced to the SEC, and Plaintiffs are willing to pay the reasonable costs of reproducing the requested materials; and

4. Plaintiffs have demonstrated that they will be unduly prejudiced if the PSLRA discovery stay remains in place.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion is granted, and the PSLRA discovery stay is hereby lifted for the limited purpose provided above.

2.      Within ten (10) calendar days of the entry of this Order, AmTrust shall produce the SEC Investigation Documents to Plaintiffs.

IT IS SO ORDERED.

DATED: _____    _____
                                                                    THE HONORABLE LEWIS A. KAPLAN
                                                                    UNITED STATES DISTRICT JUDGE