UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMTRUST FINANCIAL SERVICES, INC. SECURITIES LITIGATION | Civil Action No. 1:17-cv-01545-LAK |
| | CLASS ACTION |
| This Document Relates To: | **ORAL ARGUMENT REQUESTED** |
| ALL ACTIONS. | |

# DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND

I, David A. Rosenfeld, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiff New England Carpenters Guaranteed Annuity and Pension Funds in the above captioned matter. I respectfully submit this Declaration in support of Plaintiffs' Motion for Leave to Amend.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the [Proposed] Third Consolidated Amended Complaint for Violations of the Federal Securities Laws.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a redline comparison of the [Proposed] Third Consolidated Amended Complaint for Violations of the Federal Securities Laws to the Consolidated Second Amended Complaint for Violations of the Federal Securities Laws filed in this action on November 26, 2018 (ECF No. 140).

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Securities and Exchange Commission's October 12, 2018 Order Instituting Public Proceedings Pursuant to Section 4C of the Securities Exchange Act of 1934 and Rule 102(e) of the Commission's Rules of Practice, Making Findings and Imposing Remedial Sanctions from *In the Matter of Richard J.*

*Bertuglia, CPA, John W. Green, CPA, and Lev Nagdimov, CPA*, Administrative Proceeding File No. 3-18868.

  5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Consolidated Second Amended Complaint for Violations of the Federal Securities Laws filed in this action on November 26, 2018, ECF No. 140, which is being provided in accordance with the Court's individual practices.

DATED: October 7, 2019

                    */s/ David A. Rosenfeld*
                    DAVID A. ROSENFELD

<u>CERTIFICATE OF SERVICE</u>

I, David A. Rosenfeld, hereby certify that on October 7, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD