# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re                                                                                  **17-cv-1545 (LAK)**

AMTRUST FINANCIAL SERVICES, INC.                       **JUDGMENT**
SECURITIES LITIGATION

This document applies to:   ALL ACTIONS
------------------------------------------------------------X

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion Dated April 20, 2020, Defendants' motions to dismiss [DI 183, 185, 187] are granted; the Third Amended Complaint [DI 172] is dismissed with prejudice.

**Dated:**  New York, New York
       April 22, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
**BY:**
                                                **Deputy Clerk**