**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AMTRUST FINANCIAL SERVICES, INC. SECURITIES LITIGATION | Case No. 1:17-cv-01545-LAK |

**SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a), Defendants AmTrust Financial Services, Inc., Barry D. Zyskind, Donald T. DeCarlo, Susan C. Fisch, Abraham Gulkowitz, George Karfunkel, and Jay J. Miller, by and through their undersigned counsel, hereby state that Ronald E. Pipoly, Jr., a defendant in the above-captioned action, died on February 28, 2024. Mr. Pipoly, Jr.'s estate may be contacted through its counsel, Frank C. Krasovec, Esq., Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, Ohio 44114.

Dated: January 27, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

*/s/ Steven M. Farina*
Steven M. Farina (*pro hac vice*)
Amanda M. MacDonald (*pro hac vice*)

680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel: (646) 949-2800
Fax: (646) 949-2801

*Attorneys for Defendants AmTrust Financial Services, Inc., Barry D. Zyskind, Jr., Donald T. DeCarlo, Susan C. Fisch, Abraham Gulkowitz, George Karfunkel, and Jay J. Miller*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2025 I electronically filed the foregoing document on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

<i>/s/ Steven M. Farina</i>