UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re AMTRUST FINANCIAL SERVICES, INC. SECURITIES LITIGATION | : : : : | Civil Action No. 1:17-cv-01545-LAK |
| This Document Relates To: ALL ACTIONS. | : : : : | **SUGGESTION OF DEATH** |

Lead Plaintiff North Atlantic States Carpenters Guaranteed Annuity and Pension Funds and plaintiffs Sharon Albano, Jupiter Capital Management, and Irving Lichtman Revocable Trust (collectively, "Plaintiffs"), by their attorneys, suggest on the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of named plaintiff STANLEY NEWMARK, on April 6, 2022. Plaintiffs respectfully request that the name of the deceased party be stricken from the action and that the action proceed in the name of the remaining Plaintiffs.

Nothing in this Suggestion of Death shall preclude Mr. Newmark's estate or next of kin from participating in any recovery for the class like any other absent class member, including but not limited to receiving the estate's pro rata share of any recovery via submission of a proof of claim form.

DATED: January 28, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ROBERT D. GERSON
NATALIE C. BONO
JOSHUA D. FORGY

*/s/ Robert D. Gerson*
ROBERT D. GERSON

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
rgerson@rgrdlaw.com
nbono@rgrdlaw.com
jforgy@rgrdlaw.com

*Lead Counsel for Plaintiffs*

POMERANTZ LLP
JEREMY A. LIEBERMAN
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com

GAINEY MCKENNA & EGLESTON
THOMAS J. McKENNA
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: 212/983-1300
212/983-0380 (fax)
tjmckenna@gme-law.com

KAHN SWICK & FOTI, LLC
KIM E. MILLER
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: 212/696-3730
504/455-1498 (fax)

*Additional Counsel for Plaintiffs*