**Robbins Geller Rudman & Dowd LLP**

Chicago    Melville    Nashville    San Diego    Wilmington
Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C.

David A. Rosenfeld
drosenfeld@rgrdlaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-25

August 26, 2025

VIA ECF AND OVERNIGHT DELIVERY

The Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re AmTrust Financial Services, Inc. Securities Litigation,*
      No. 1:17-cv-01545-LAK (S.D.N.Y.)

Dear Judge Kaplan:

Pursuant to Your Honor's Individual Rules of Practice, we write on behalf of Plaintiffs to request an Order compelling the AmTrust Defendants to run an appropriate search for electronically stored information ("ESI") responsive to Plaintiffs' document requests. Over the past few months, the parties have had numerous discussions regarding the scope of discovery, including, among other things, appropriate search terms and timeframe regarding AmTrust's improper revenue recognition and expense practices dating back to 2012. The AmTrust Defendants have now confirmed that we are at an impasse – they will be starting their search from 2015 and will not include numerous search terms that directly concern their misconduct. Accordingly, Plaintiffs respectfully request the Court's intervention.

**I.   Factual Background**

This case arises out of material misstatements in AmTrust's financial statements dating back to 2012, which were included in the Registration Statements and Prospectuses for two public offerings, one in 2015 and one in 2016. *See* Third Amended Complaint ("TAC"), ECF No. 172, ¶¶1– 2, 87, 90–91, 100, 238–239. As alleged, AmTrust prematurely recognized warranty service revenues and improperly delayed bonus expenses, which resulted in AmTrust restating its financials for the full years of 2012, 2013, 2014, 2015 and 2016, as well as certain interim periods. *See id.* ¶¶119–138.

On February 27, 2025, Plaintiffs served document requests seeking documents regarding, *inter alia*, the offering materials, the restatement, and AmTrust's historical accounting practices. On June 19, following several meet-and-confers, the AmTrust Defendants proposed a list of search terms to collect ESI responsive to Plaintiffs' requests. *See* Ex. 1. The proposal was severely deficient as it omitted key terms (including terms known to be used by AmTrust to refer to its warranty service revenue) and limited the relevant time period to start in January 2015 (even though the restatement and erroneous accounting treatment went back to 2012).

58 South Service Road, Suite 200   Melville, NY 11747   Tel 631-367-7100   Fax 631-367-1173   rgrdlaw.com

Memorandum Endorsement
In re AmTrust Financial Services, Inc. Securities Litigation, 17-cv-1545 (LAK)

        The motion to compel (Dkt 232) is granted to the extent that AmTrust shall conduct an electronically stored information ("ESI") review of documents pursuant to the terms of the proposed compromise set forth in its July 28, 2025, letter to plaintiffs' counsel. *See* Dkt 232-3. The motion is denied in all other respects.

        SO ORDERED.

Dated:      September 3, 2025

                                                  Lewis A. Kaplan
                                                  United States District Judge