
**McDermott**
**Will & Schulte**

Timothy E. Hoeffner
Attorney at Law
Thoeffner@mwe.com
+1 212 547 5595

US ... Y
DO ... T
EL ... CALLY FILED
DO ...
DA ... 1-5-26

December 22, 2025

**VIA ECF**

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *In re AmTrust Fin. Servs. Sec. Litig.*, Case No: 17-cv-01545

Dear Judge Kaplan:

We represent Defendant BDO USA, P.C. ("BDO") in the above-captioned action. Today, we are filing a Memorandum of Law in Opposition to Lead Plaintiff North Atlantic States Carpenters Guaranteed Annuity and Pension Funds and Plaintiff the Irving Lichtman Revocable Living Trust's Motion for Class Certification (the "Opposition") and the accompanying Declaration of Timothy E. Hoeffner in Support of BDO's Opposition (the "Hoeffner Declaration").

We write to respectfully request the Court's permission to file under seal Exhibits 7 and 8 to the Hoeffner Declaration pursuant to the Court's Individual Rules of Practice and the Protective Order entered on April 9, 2025 (ECF 215). Lead Plaintiff has designated Exhibits 7 and 8 as Confidential Discovery Material under the Protective Order and has requested that BDO file these documents under seal. Accordingly, BDO moves to file these exhibits under seal in compliance with the Protective Order, the Court's Individual Rules of Practice, and § 6.1 of the Southern District of New York's Electronic Case Filing Rules & Instructions.

BDO takes no position at this time on whether these documents designated as Confidential Discovery Material warrant confidential treatment. BDO seeks leave to file these documents under seal solely at Lead Plaintiff's request and to ensure compliance with the Protective Order.

Respectfully Submitted,

*Timothy S. Hoeffner*

Timothy E. Hoeffner

SO ORDERED

*[signature]*
LEWIS A. KAPLAN, USDJ
1/5/26

Cc: All Counsel of Record (via ECF)

**McDermott Will & Schulte**    One Vanderbilt Avenue  New York NY 10017-3852   Tel +1 212 547 5400  Fax +1 212 547 5444

*US practice conducted through McDermott Will & Schulte LLP.*