LAW OFFICES

# WILLIAMS & CONNOLLY LLP·

AMANDA M. MACDONALD
(202) 434-5416
amacdonald@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-26

December 22, 2025

VIA ECF

The Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *In re AmTrust Financial Services, Inc. Securities Litigation* - No. 1:17-cv-01545-LAK (S.D.N.Y.)

Dear Judge Kaplan:

We write on behalf of the AmTrust and Underwriter defendants to seek the Court's provisional approval to file certain materials under seal pursuant to the Protective Order Restricting Disclosure of Confidential Information, Dkt. 215 ("the Protective Order"), and Your Honor's Individual Rules of Practice. For certain of these materials, we do so at the request of Plaintiffs and non-party Depository Trust and Clearing Corporation ("DTCC").

Concurrently with the filing of this letter, the AmTrust and Underwriter defendants have filed their Opposition to Plaintiffs' Motion for Class Certification, Certification of Subclass Representatives, and Appointment of Class Counsel, as well as the Declaration of Amanda MacDonald (the "MacDonald Declaration") in support of the same. Certain materials referenced in the opposition and attached as exhibits to the declaration have been designated "Confidential" by the producing party pursuant the Protective Order. Those parties requested we file under seal the following materials:

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

1/5/26

WILLIAMS & CONNOLLY LLP.
December 22, 2025
Page 2

| Document | Designating Party |
|---|---|
| Exhibit 4 (Declaration of Ann Marie Bria) | DTCC |
| Exhibit 5 (Declaration of Ken Judy) | Underwriter Defendants |
| Exhibit 6 (DTC Participant Daily Activity Statement) | DTCC; Underwriter Defendants |
| Exhibit 7 (Declaration of Nicky Dixon) | Underwriter Defendants |
| Exhibit 13 (MS_000038841) | Underwriter Defendants |
| Exhibit 15 (JUPITER0000218) | Plaintiffs |
| Exhibit 30 (ILRT0000459) | Plaintiffs |
| Exhibit 31 (ILRT0000465) | Plaintiffs |

Pursuant to the Protective Order, the Underwriter Defendants respectfully seek to redact confidential information regarding the Morgan Stanley & Co. LLC's preexisting share position in Exhibit 5 to the MacDonald Declaration, as well as account numbers for the Underwriter Defendants in both Exhibits 5 and 7 to the MacDonald Declaration. The Underwriter Defendants also respectfully request that Exhibits 6 and 13 to the MacDonald Declaration, which contains non-public information regarding the Underwriter Defendants' transactional activities, remain fully under seal. Courts "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information." *In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023). Such protected information can include specific details about trades or trading activity. *In re Tether & Bitfinex Crypto Asset Litig.*, 2024 WL 3520363, at *21 (S.D.N.Y. July 24, 2024).

In accordance with Your Honor's Individual Rules of Practice regarding sealed filings, the AmTrust and Underwriter Defendants have notified Plaintiffs and DTCC that they must file within three days a letter explaining the need to seal those materials that they have designated. Unless addressed above, the AmTrust and Underwriter Defendants take no position on whether those materials designated by Plaintiffs and DTCC should remain under seal.

The AmTrust and Underwriter Defendants also seek the Court's provisional approval to redact passages of the Opposition that cite and describe the contents of these documents designated by Plaintiffs and DTCC. The AmTrust and Underwriter Defendants take no position on whether these passages of the Opposition should remain redacted.

WILLIAMS & CONNOLLY LLP·
December 22, 2025
Page 3

**WILLIAMS & CONNOLLY LLP**

*/s/ Amanda M. MacDonald*
Amanda M. MacDonald

*Counsel for AmTrust Defendants*

**ROPES & GRAY LLP**

*/s/ Gregg L. Weiner*
Gregg L. Weiner
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-9000
Fax: (212) 596-9090

*Counsel for Underwriter Defendants*