Robbins Geller Rudman & Dowd LLP

Chicago Melville Nashville San Diego Wilmington
Boca Raton Manhattan Philadelphia San Francisco Washington, D.C.

MEMO ENDORSED

June 23, 2026

VIA ECF AND OVERNIGHT DELIVERY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/06/2026

The Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re AmTrust Financial Services, Inc. Securities Litigation*,
No. 1:17-cv-01545-LAK (S.D.N.Y.)

Dear Judge Kaplan:

Pursuant to Your Honor's Individual Rules of Practice, we write on behalf of Plaintiffs to request an Order extending the fact discovery cutoff from June 25, 2026, through and including September 1, 2026, with a concurrent extension of the remaining case schedule, and with leave to request an additional extension should circumstances warrant.[1] This is the first request for such an extension. Plaintiffs also seek leave to re-depose certain witnesses with the benefit of critical documents defendant BDO USA, LLP ("BDO") has only just produced. Plaintiffs have requested BDO's consent to this relief,[2] but BDO has refused.[3]

## I. Factual Background

There is one remaining claim and defendant in this lawsuit: a §10(b) claim against BDO, the auditor for AmTrust Financial Services, Inc. ("AmTrust"). Plaintiffs allege that BDO knowingly or recklessly misrepresented: (a) that it conducted its audit of AmTrust's 2013 financial statements and system of internal controls over financial reporting "in accordance with the standards of the [PCAOB]"; and (b) that "[w]e believe that our audits provide a reasonable basis for our opinion." ¶620. BDO made those misrepresentations on March 3, 2014, the day Amtrust filed its 2013 Form 10-K.[4]

---

1 The fact discovery cutoff is set forth in the Joint Rule 26(f) Report and Discovery Plan. *See* ECF 224. "¶_" refers to paragraphs in the Third Consolidated Amended Complaint for Violations of the Federal Securities Laws. ECF 172. In quoted material, unless otherwise noted, emphasis is added and internal quotation marks and citations are omitted. The redactions in the attached letter exhibits are limited to the identity of the whistleblower, which is not relevant for purposes of this motion.

2 *See* Ex. 1 (June 22, 2026 letter from D. Rosenfeld to J. Gerstein).

3 *See* Ex. 2 (June 23, 2026 letter from J. Gerstein to D. Rosenfeld).

4 According to a former BDO auditor-turned-whistleblower – who secretly recorded conversations with colleagues at BDO at the behest of the FBI (¶94) – senior BDO auditors, pressed for time, signed off on AmTrust's audits despite

Memorandum Endorsement In re Amtrust Fin. Servs. Inc. Sec. Litig., 17-cv-1545 (LAK)

The Joint Rule 26(f) Report and Discovery Plan (Dkt 224) is modified to the extent that the fact discovery cutoff is extended until September 1, 2026, and the deadline for the identification of experts is extended until September 23, 2026.

Leave to re-depose witnesses is denied without prejudice to a renewed motion by Plaintiffs that identifies with specificity (1) the actual prejudice, if any, resulting from the delayed production of the snapshot documents, and (2) the witness or witnesses whose availability for re-deposition Plaintiffs claim would cure that prejudice and the basis for that claim in each instance.

SO ORDERED.

Dated: July 6, 2026

Lewis A. Kaplan
United States District Judge