USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
In re

AMTRUST FINANCIAL SERVICES, INC.
SECURITIES LITIGATION

17-cv-1545 (LAK)

This document applies to: ALL ACTIONS.

------------------------------------------ x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Lead Counsel shall be prepared to answer the following questions at or before the fairness hearing this week:

1. What is plaintiffs' "best case" estimate of the damages to which the class would be entitled in the event the class were certified, the cases tried, and the plaintiffs prevailed on behalf of the class?

2. What are the terms of each agreement among counsel on the division of any attorneys' fees and expenses awarded in this case?

3. Why were counsel additional to Lead Counsel required and what services did they perform?

SO ORDERED.

Dated: November 16, 2026

Lewis A. Kaplan
United States District Judge